UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS WARREN HOWE,

        Plaintiff,

v.

FIRST AMERICAN TITLE AGENCY,

        Defendant.
_____/

Case No. 25-cv-10213

Honorable Susan K. DeClercq
United States District Judge

Honorable David R. Grand
United States Magistrate Judge

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS (ECF Nos. 22, 23, 27, 29), ADOPTING REPORT AND RECOMMENDATION (ECF No. 21), AND PARTIALLY DISMISSING PLAINTIFF'S CLAIMS**

Plaintiff Thomas Warren Howe filed this suit *in forma pauperis* against First American Title Agency, alleging, *inter alia*, that First American deprived him of his rights in violation of 18 U.S.C. §§ 241, 242, and 1343. ECF Nos. 1, 10. All pretrial matter were referred to Magistrate Judge David R. Grand. ECF No. 13. As is required by 18 U.S.C. § 1915(e)(2)(B), Judge Grand *sua sponte* reviewed Howe's complaint and found that these claims fail to state claims for relief and recommended that they be dismissed. *See* ECF No. 21; *see also* ECF No. 20. Howe thereafter filed four documents that appear to object to the R&R. ECF Nos. 22; 23; 27; 29. First American filed a response to Howe's objections. ECF No. 28.

As explained below, Plaintiff's objections will be overruled, the R&R will be adopted, and Howe's claims asserted under 18 U.S.C. §§ 241, 242, and 1343 will be dismissed.

## I. LEGAL STANDARD

When a party objects to a magistrate judge's report, the court must review *de novo* those portions of it to which the party has objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). To that end, the court must review at least the evidence that was before the magistrate judge. *See Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). After reviewing the evidence, the court may accept, reject, or modify the findings and recommendations. FED. R. CIV. P. 72(b)(3); *Peek v. Comm'r of Soc. Sec.*, 585 F. Supp. 3d 1014, 1017–18 (E.D. Mich. 2021). Moreover, the court may adopt the magistrate judge's report without specifying what it reviewed. *Abousamra v. Kijakazi*, 656 F. Supp. 3d 701, 705 (E.D. Mich. 2023) (collecting cases).

## II. ANALYSIS

This Court has reviewed Plaintiff's complaint, ECF No. 1; Judge Grand's Order Regarding May 2, 2025 Telephonic Status Conference, ECF No. 20; Judge Grand's R&R recommending dismissal of certain claims, ECF No. 21; Plaintiff's objections, ECF Nos. 22, 23, 27, 29; Defendant's response to Plaintiff's objections, ECF No. 28, and all other applicable filings and law.

- 3 -

Having conducted this *de novo* review, this Court finds that Judge Grand's factual conclusions are reasonably correct, that he reasonably applied the correct law, and that his legal reasoning is sound. The law is clear that 18 U.S.C. §§ 241, 242, and 1343 do not provide independent civil causes of action. There are no prejudicial clear errors in Judge Grand's findings or recommendation to dismiss Plaintiff's claims based on these statutes. *See* ECF Nos. 20-21.

### III. CONCLUSION

Accordingly, it is **ORDERED** that Plaintiff's Objections, ECF Nos. 22, 23, 27, and 29, are **OVERRULED**.

Further, it is **ORDERED** that the Report and Recommendation, ECF No. 21, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's claims asserted under 18 U.S.C. §§ 241, 242, and 1343, ECF No. 1, PageID.45-47, are **DISMISSED**.

**This is not a final order and does not close the above-captioned case.**

/s/*Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 7, 2025